**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JAMES ELLIOTT, individually, and ) <br> SIRRAN COMMUNICATIONS INC.   ) <br>                                                             ) <br> Plaintiffs,                    ) <br>                                                             ) <br>         v.                                                  ) <br>                                                             ) <br> BRENDAN REILLY, DEAN PARSONS   ) <br> SIRRAN COMMUNICATIONS USA INC., ) <br> SIRRAN COMMUNCIATIONS LTD, and ) <br> SIRRAN TECHNOLOGY LTD,          ) <br>                                                             ) <br> Defendants.                    ) <br> _____ ) | Civil Action No.:  1:11-cv-00958 <br>                         GBL/TRJ |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and by reason of the settlement of all of Plaintiffs claims against all Defendants in this action, Plaintiff hereby dismisses this action with prejudice, and pursuant to the Settlement Agreement, each party is to bear its own costs.

Respectfully submitted,

/s/ Nicholas H. Hantzes
Nicholas Hantzes VSB # 23967
HANTZES & ASSOCIATES
1749 Old Meadow Road
Suite 308
McLean, VA 22102
(703) 378-5000
(703) 448-4434 (fax)
nhantzes@hantzeslaw.com

/s/ Jerry Phillips
Jerry Phillips VSB #  9211
Phillips, Beckwith, Hall & Chase
10513 Judicial Drive
Suite 100
Fairfax, Virginia  22030
(703) 691-4100
(703) 385-2745 (fax)
jphillips@pbhclaw.com

*Counsel for Plaintiff*

### Certificate of Service

I HEREBY CERTIFY that on this 19th day of  December, 2011, I electronically filed the foregoing  with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

M. Melissa Glassman (VSB #27526)
John D. Wilburn (VSB #41141)
Sean F. Murphy (VSB #28415)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel:  (703) 712-5000
Fax:  (703) 712-5050

*Counsel for Defendants SiRRAN Communications USA, Inc.; SiRRAN Communications Ltd.; SiRRAN Technology LTD.; and Dean Parsons*


Kirk J. McCormick (VSB #47156)
Erica L. Marshall (VSB #78781)
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel: (703) 749-1000
Fax:  (703) 893-8029

*Counsel for Defendant Reilly*


/s/ Nicholas H. Hantzes
Nicholas Hantzes VSB # 23967

2

3

HANTZES & ASSOCIATES  
1749 Old Meadow Road  
Suite 308  
McLean, VA 22102  
(703) 378-5000  
(703) 448-4434 (fax)  
nhantzes@hantzeslaw.com